IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

VINCENT CAMASTRO,

    Plaintiff,

v.                                                Civil Action No. 5:06CV69
                                                        (STAMP)

CITY OF WHEELING and BARRY CROW,
individually and in his capacity
as a City Councilman,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On August 23, 2007, the plaintiff, Vincent Camastro, filed a motion for an eight-day extension of time to file a response in opposition to the defendants' motion for summary judgment. The defendants filed their response to plaintiff's motion on August 24, 2007. This Court finds that the plaintiff has shown good cause, and, accordingly, the plaintiff's motion for an extension of time to respond to the defendants' motion for summary judgment is hereby GRANTED. The plaintiff shall file his response on or before **August 31, 2007**. In accordance with the standard time for reply as provided by Local Rule of Civil Procedure 7.02, the defendants' reply brief shall be filed on or before **September 12, 2007**.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:     August 28, 2007

                              /s/ Frederick P. Stamp, Jr.
                              FREDERICK P. STAMP, JR.
                              UNITED STATES DISTRICT JUDGE