IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

VINCENT CAMASTRO,

    Plaintiff,

v.                                  Civil Action No. 5:06CV69
                                           (STAMP)
CITY OF WHEELING and BARRY CROW,
individually and in his capacity
as a City Councilman,

    Defendants.

## ORDER RESCHEDULING PRETRIAL CONFERENCE

For reasons appearing to the court, it is hereby ORDERED that the pretrial conference in this civil action be RESCHEDULED and will now be held on **October 5, 2007 at 1:30 p.m.**

All other dates contained in the previous scheduling order entered in this case shall remain in effect.

The Clerk is directed to transmit copies of this order to counsel of record herein.

DATED:  September 10, 2007

                                              /s/ Frederick P. Stamp, Jr.
                                              FREDERICK P. STAMP, JR.
                                              UNITED STATES DISTRICT JUDGE